# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of December, two thousand twenty-four.

Before:
>        Robert D. Sack,
>        Denny Chin,
>        Beth Robinson,
>            *Circuit Judges.*

_____

United States of America,

>        *Appellee,*                                 **ORDER**

>    v.                                              No. 24-2032

Bevelyn Williams,

>        *Defendant-Appellant.*

_____

Defendant-Appellant moves for bail pending appeal. To overcome the presumption of detention pending appeal, Defendant must establish by clear and convincing evidence (1) that she "is not likely to flee or pose a danger to the safety of any other person or the community if released," and (2) "that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in-- (i) reversal, (ii) an order for a new trial, (iii) a sentence that does not include a term of imprisonment, or (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process." 18 U.S.C. § 3143(b)(1).

Upon due consideration, it is hereby ORDERED that the motion is DENIED.

>                            FOR THE COURT:
>                            Catherine O'Hagan Wolfe, Clerk of Court