**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** _____    Caption [use short title]

**Motion for:** _____

_____

_____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

_____

**MOVING PARTY:**_____    **OPPOSING PARTY:**_____

◻ Plaintiff      ◻ Defendant

◻ Appellant/Petitioner      ◻ Appellee/Respondent

**MOVING ATTORNEY:**_____    **OPPOSING ATTORNEY:**_____

[name of attorney, with firm, address, phone number and e-mail]

_____    _____

_____    _____

_____    _____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
◻ Yes   ◻ No (explain):_____

_____

Opposing counsel's position on motion:
◻ Unopposed ◻ Opposed ◻ Don't Know
Does opposing counsel intend to file a response:
◻ Yes ◻ No ◻ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ◻ Yes ◻ No
Has this relief been previously sought in this court?   ◻ Yes ◻ No

Requested return date and explanation of emergency: _____

_____

_____

_____

_____

Is the oral argument on motion requested?   ◻ Yes   ◻ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ◻ Yes   ◻ No If yes, enter date:_____

**Signature of Moving Attorney:**

_____   **Date:**_____   Service : ◻ Electronic   ◻ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
----------------------------------------------X

UNITED STATES OF AMERICA                    **<u>DECLARATION</u>**


    - *v.* -                                         **Case No. 24-2032**


BEVELYN BEATTY WILLIAMS,

        Defendant–Appellant.

----------------------------------------------X

**FLORIAN MIEDEL** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am the attorney of record for Defendant-Appellant Bevelyn Williams.

2.      This is an appeal from the conviction and sentence of the United States District Court for the Southern District of New York (Rochon, J.). The indictment number in the district court was 22-Cr-684. Following a jury trial, Ms. Williams was convicted of one count of violating the Freedom of Access to Clinics Entrances ("FACE") Act, in violation of 18 U.S.C. § 248(a)(1). A Notice of Appeal was timely filed in the district court on July 30, 2024.

3.      On December 17, 2024, I filed Appellant's Brief with this Court on behalf of Ms. Williams. Appellee's Brief is due on or before March 17, 2025.

4.      On January 23, 2025, President Donald J. Trump granted a full and unconditional pardon to Bevelyn Beatty Williams.  *See* Exhibit A (Grant of Clemency); *see also* 22-Cr-684 Doc. No. 172.

5.      Ms. Williams accepted the pardon and was released from the custody of the Bureau of Prisons later that night.

6.      In light of Ms. Williams's presidential pardon, and with the consent of the government, I now move this Court (1) to dismiss Ms. Williams's appeal as moot, and (2) to direct the district court to dismiss the indictment against Ms. Williams.  I make this motion on the authority of *United States v. Schaffer*, 240 F.3d 35 (D.C. Cir. 2001), which held, *en banc*, that a presidential pardon issued following conviction but before the appeal process was concluded meant that "(1) defendant's conviction was not established as matter of law prior to pardon, [and] (2) pardon rendered case moot and required vacatur of all opinions and judgments as well as jury verdict."  In *Schaffer*, the D.C. Circuit dismissed the pending appeal and remanded the case to the district court with directions to dismiss the indictment.

7.      The same scenario exists here, where Ms. Williams's appeal remains pending and her conviction is therefore not final.  Accordingly, I respectfully request for this Court to dismiss Ms. Williams's appeal as moot and remand the case to the district court with instructions to dismiss the indictment.

8.      As noted, the government does not oppose this motion.  Moreover, Ms. Williams consents to the dismissal of the appeal and dismissal of the indictment.  *See* Exhibit B (Authorization).

**WHEREFORE**, Appellant Williams respectfully requests dismissal of the appeal and a remand to the district court to dismiss the indictment.

Dated:      New York, New York
            February 26, 2025

_____
**FLORIAN MIEDEL**
Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor
New York, New York 10007
(212) 616-3042
fm@fmamlaw.com

3

# Exhibit A

Verified with Kira Gillespie, Deputy Pardon Attorney 1/23/2025

KATHY WILLIAMS

Digitally signed by KATHY WILLIAMS
Date: 2025.01.23
21:52:24 -06'00'

Executive Grant of Clemency

# DONALD J. TRUMP

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO THE PERSONS NAMED BELOW

A FULL AND UNCONDITIONAL PARDON

For those offenses against the United States individually enumerated and set before me for my consideration:

United States v. Lauren Handy et al., 1:22-cr-00096, D.D.C.

LAUREN HANDY

JONATHAN DARNEL

JAY SMITH

PAULA PAULETTE HARLOW

JEAN MARSHALL

JOHN HINSHAW

HEATHER IDONI

WILLIAM GOODMAN

JOAN BELL

HERB GERAGHTY

Case 1:22-cr-00684-JLR Document 172 Filed 01/23/25 Page 2 of 4

United States v. Chester Gallagher et al., 3:22-cr-00327, M.D.
Tenn.

CHESTER GALLAGHER

HEATHER IDONI

CALVIN ZASTROW

COLEMAN BOYD

CAROLINE DAVIS

PAUL VAUGHN

DENNIS GREEN

EVA EDL

EVA ZASTROW

JAMES ZASTROW

PAUL PLACE

United States v. Calvin Zastrow et al., 2:23-cr-20100, E.D.
Mich.

CALVIN ZASTROW

CHESTER GALLAGHER

HEATHER IDONI

CAROLINE DAVIS

JOEL CURRY

JUSTIN PHILLIPS

EVA EDL

EVA ZASTROW

United States v. Bevelyn Beatty Williams et al., 22-cr-00684,

S.D.N.Y.

BEVELYN BEATTY WILLIAMS


United States v. Christopher Moscinski 2:22-cr-00485, E.D.N.Y.

CHRISTOPHER MOSCINSKI


I HEREBY DESIGNATE, direct, and empower the Pardon Attorney, as my representative, to sign each grant of clemency to the persons named herein.  The Pardon Attorney shall declare that her action is the act of the President, being performed at my direction.


IN TESTIMONY WHEREOF, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



Done at the City of Washington in the District of Columbia this 23rd day of January in the Year of our Lord two thousand twenty-five, and of the Independence of the United States the two hundred forty-ninth.



Case: 24-2032, 02/26/2025, DktEntry: 56.1, Page 9 of 11
Case 1:22-cr-00084-JLR Document 172 Filed 01/23/25 Page 4 of 4

# Exhibit B

## **Authorization**

(U.S. v. Williams, 24-2032)

I, Bevelyn Beatty Williams, the Appellant in the appeal under docket number 24-2032, hereby authorize my attorney, Florian Miedel, to file a motion to dismiss the appeal and to direct the District Court to dismiss the indictment. On January 23, 2025, I was pardoned by President Trump.  As a result, I agree that my appeal should be dismissed and my indictment should be dismissed as well.  Given the pardon, I understand that there is no basis for appeal.

Dated: 02/25/2025

Bevelyn Beatty Williams