S.D.N.Y. – N.Y.C.
22-cr-684
Rochon, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11ᵗʰ day of June, two thousand twenty-five.

Present:
　　　　Gerard E. Lynch,
　　　　Richard J. Sullivan,
　　　　Steven J. Menashi,
　　　　　　*Circuit Judges*.

_____

United States of America,

　　　　　　*Appellee*,

　　　v.　　　　　　　　　　　　　　　　　　　　　　24-2032

Edmee Chavannes,

　　　　　　*Defendant*,

Bevelyn Beatty Williams,

　　　　　　*Defendant-Appellant*.

_____

Appellant, through counsel, moves to dismiss this appeal as moot and to remand to the district court for dismissal of the indictment in light of her presidential pardon.   Appellant states that the Government consents to the motion.   The Government has not filed a response.

Upon due consideration, it is hereby ORDERED that the motion is GRANTED, and the appeal is DISMISSED as moot.  It is further ORDERED that the district court judgment is VACATED,

and the matter is REMANDED to the district court with instructions to dismiss the case as moot. *See United States v. Schaffer*, 240 F.3d 35, 38 (D.C. Cir. 2001) (en banc) (per curiam).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court